# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| Kimberly Hurtado, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:09-cv-1073-MBS |
| | ) | |
| v. | ) | |
| | ) | |
| Michael J. Astrue, Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that: (check one):

■ other: It is Ordered that the Commissioner's decision is reversed and the action remanded pursuant to sentence four of § 405(g) for further administrative proceedings.

This action was (check one):

☐ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

☐ tried by Judge_____without a jury an the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, United States District Judge, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge.

Date: August 16, 2010         CLERK OF COURT: Larry W. Propes

                              S/ Glenda J. Nance
                              Signature of Clerk or Deputy Clerk